**Rev. 5/2017 Prisoner Complaint**

United States District Court

~~Eastern District of North Carolina~~
~~Western Division~~

Northern District Mississippi

Case No. _____

(To be filled out by Clerk's Office only)

FILED

OCT 07 2020

'ID CREWS, CLERK

_____
Deputy

---

**Brooks Corey Gladney**
*(In the space above enter the full name(s) of the plaintiff(s).)*

Inmate Number **4920**

Case No.: 1:20-cv-00203

### COMPLAINT

(*Pro Se* Prisoner)

-against-

**LEE County**

_____

_____

_____

Jury Demand?
☑ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

Rev. 5/2017 Prisoner Complaint

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐ Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

**Brooks Corey Gladney**
Name

**4920**
Prisoner ID #

**LEE County**
Place of Detention

**510. N. Commerce St.**
Institutional Address

**Tupelo**           **MS**           **38804**
City                 State            Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☑ Pretrial detainee   ☑ State   ☐ Federal
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

Rev. 5/2017 Prisoner Complaint

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:   <u>Lee County</u>
Name

Current Job Title

Current Work Address

City                                 State                     Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 2:
Name

Current Job Title

Current Work Address

City                                 State                     Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Rev. 5/2017 Prisoner Complaint

## Defendant(s) Continued

Defendant 3: _____
                Name

                _____
                Current Job Title

                _____
                Current Work Address

                _____  State _____  Zip Code _____
                City

                Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Defendant 4: _____
                Name

                _____
                Current Job Title

                _____
                Current Work Address

                _____  State _____  Zip Code _____
                City

                Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Rev. 5/2017 Prisoner Complaint

## V.   STATEMENT OF CLAIM

Place(s) of occurrence: **Lee County Jail**

Date(s) of occurrence: **1/29/20 to present Date**

State which of your federal constitutional or federal statutory rights have been violated:

**14th Amendment and 1st Amendment, 8th Amendment**

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

1st The Tupelo-Lee County Jail is responsible for our Safe Keeping. But they are housing Inmates that have tested positive for the Covid-19 Virus with Inmates that have not Contracted the Virus. And are currently being Quarantined together for 14-plus Days, and was also 3 months late past the Federal mandate Passing On mask, which Defeated the normal purpose of being Quarantined. We were first tested on Sept. 14th 2020 and the results were Given on Sept. 17-2020, And then over ⅔ of the 200-plus Inmates tested

positive. And Cause of this Situation I have been under extreme Stress and depression while here and in fear of my Health.

2nd
Food is below, Recommend Daily Supplemental Intake of 2200 Calories, they disperse 16 oz Portions When 32 oz is Suppose to be the Standard

Who
did what to
you?

Rev. 5/2017 Prisoner Complaint

Amount, that is Clearly a Violation of our Constitional Rights, and this has lead to extreme Weight loss, and lack of Engery. Which is Cruel and unusaul punishment

**What happened to you?**

3rd)

The environment which we are Housed is not environmently Clean, and need to be Sanitized for the Safety of inmates, because my Health is At Risk, The toilets and Sinks Constantly over Flow and Back up, which has often lead to Staph infection of Certain inmates. And the only water available to Consume is from the Sink that is Connected to the Toilet. Which is Filty and the water is not fit for Human Consumption. But we are left Confined to drink this water, and use to Cook with!

**When did it happen to you?**

And they only Spray for Bugs and other pest every 2 months, and then the surronding are not properly Ventilated for our Saftey!

4th)

The front Holding cell have people Sleeping all on the floor and is Constantly over Crowed. The Holding cell is not fit to House inmates that are waiting to be Booked in and processed in. The cell is Built to house 10 + 12 Inmates, But as many as 25 plus are Constantly being Housed at any given time, with only one toilet in a 16 x 12 that has no place to Sleep and, You are not able to make your one Phone Call, Because you have to use a

**Where did it happen to you?**

Rev. 10/2015 Prisoner Complain

> **What was your injury?**

Wall phone, that is only able to make collect calls to the person that has money on it to except collect calls.

The constitution clearly states that you are suppose to have a lawyer present if desired to help you obtain the best legal counciling available, But how is it possible when you are not able to contact one, Due to you not being able to make the nercessary phone call to the proper person, for your needed help. 5th

This Faciilty is Notorious for Holding Excessive Bond Recipiants, which is clearly a violation of ones constitutional right to a Reasonable Bond as Granted by the Court System making it Nearly impossible to make, which is already understood to the Accused! without the Presence of a lawyer.
6th

And we do not have medical staff present here at the Lee County Jail at all times. When it clearly states in the law that we must consist of a full-time physician or nurse / qualified paramedics incase of emergency medical care, it must be available "on a twenty-four hour basis, seven days a week" and that a member of the medical staff be present at the jail "at all times", but we dont have any here on the weekend at all, or at any time after 6pm through-out the weekdays neither which is a problem here in the Jail.

Rev. 10/2015 Prisoner Complaint

## VI.    ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?    ☑ Yes    ☐ No
        If no, explain why not:

_____

_____

_____

_____

_____

Is the grievance process completed?    ☑ Yes    ☐ No
        If no, explain why not:

_____

_____

_____

_____

_____

## VII.    RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

Im requesting Compensatory damages in the amount of $10,000,000 against each defendant, jointly and severally. And punitive damages in the amount of $5,000,000 against each defendant

Rev. 10/2015 Prisoner Complaint

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☐ Yes ☑ No

If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Rev. 10/2015 Prisoner Complaint

## IX.   PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

9/23/20
Dated

Brooks C. Gladney
Plaintiff's Signature

Brooks Corey Gladney
Printed Name

4920
Prison Identification #

510 N. Commerce St.     Tupelo          MS        38804
Prison Address                    City              State     Zip Code

Exhibits of Claims
of Infectious Diseases
In Lee County Jail

pg. 1

Sept. 9/22/20

Because of the like of Interst and Concern within the Lee-County Adult Jail in Tupelo miss. The **Jail Failed to Adhere** to the **C DC Federal guide/line** established to control and prevent the spread of the Covid-19 virus. **And because** of thier failure to check for infectons in new inmates, combined with overcrowding. The Disease infested the jail and when Brought to the Attention of the Inmate's it was simply to late. The infection was wide spread throughout the jail hous. **And when we were tested at least ½ of** the 200-plus inmates Were positive, when **issued Mask From** Federal Mandates it was simply to late, Then the following Friday, **inmates were put in General population, with the NON=infested inmates and Quarantined together for** 14-plus days, Spreading the infection of the **Covid-19 virus** at a Rampid Speed throughout the Jail. And it was Kept hidden From the General **Public. F Lee-County miss.** This issue should be addressed at once, because this is a Matter of Life or Death, Then when the results were given on the 17th of Sept. the Jail Nurse and the Doctor, clearly stated that it's ok, and it's not going to Kill us. But it's Over 5,100 People already Dead. And over 90,000 infected.

pg3.

# Exhibit B

This is clearly is a Violation of my
14th Amendment rights as stated is the
Case of Morales Feliciano v. Rossello Gonzalez
13, F Supp, 2 D, 151, 210 C.D. P.R., 18 USC, 3142(F) 1998
14th Amendment States (Public Health Risk) Violation
Concerning High Risk of infection, involving
Covid-19 and any other infectious Disease, Etc,
Here is a list of the inmates Names that are
Currently being Quarantined together here on
the Zone with me:                    Respectfully Summited By:

                              Lee County Jail              Brooks C. Gladney
                                   C-pod

Postive for Covid 19                 Negative for Covid 19

Derick Cole                          Gerald Blackmon
Chris Bassett                        Cory Bailey
Lakavious Rogers                     Anthony Gray
Anthony Gates I.D.                   David Johnson
                                     Brooks Corey Gladney
Marco V. Fille                       DeValon Ford
Vamari Jackson
Johnathan Parker                     Marcus Woods
                                     Jonathan Eubanks
                                     Kesey Pub
                                     Troy Carpenter
                                     Desmon Hayes
                                     Weston Garrio
                                     Charles Rupert

Brooke Corey Gladney →

                    STATE OF MISSISSIPPI
                      BARBARA FREEMAN
                       NOTARY PUBLIC
                        ID No 110401
                     My Commission Expires:
                       October 05, 2022
                        LEE COUNTY

Barbara Freeman
Notary
                                     Bobby Thompson

Barbara Freeman
Notary

pg.3 Brokadloby

NOTARY PUBLIC
ID No 110401
My Commission Expires
October 05, 2022
STATE OF MISSISSIPPI
BARBARA FREEMAN
LEE COUNTY

Sept. 9/22/20

I feel as if my Constitutional Rights have been violated by the Lee County Jail, that they Wantonly and Maliciously exsposed me to Covid-19, By having me housed around sick inmates that tested positive for Covid-19 violating my 14th Amendment Asking for a Civil Law Suit of the Lee County Jail under 42 USC 1983 and sueing them for involving me in the unnecessary and wanton infliction of pain. Stress and depression are linked to mental health issues dealing with Covid-19, lack of sleep along with no appetite. Lee County Jail has not properly screened me for the Covid-19, I been locked up since Jan. 29, 2020 and their just now given me a test in Sept 14, 2020. And they Failed to properly to give us social distancing measures, their are currently 8 infected inmates housed with me and the nurse and the Lee County Staff know this. Their response was that its OK, I dont want to become a satistic of the Covid-19 and something bad happans with my health. They waited till half of the inmate population was infected to issue out face mask which was also on Sept. 14, 2020. They Have Staff members that are not properly trained for Medical emergency situations to help stop the spread of Covid-19 in the Lee County Jail. Concerns about contracting Covid-19 out-weighed by Fear of personal exsposure more than public spread ampletied depression, caused me to have sleep loss etc. cause I gotto live in here daily with the infected Simply Lee County Jail did not address the outbreak of Covid-19 with the sense of urgency that the situation requires, when in fact the Sheriff Jim Johnson got on TV and said that they, the Lee County Jail had the situation under control. Respectfully Summitted

Exhibit D

pg. 5/

Sept. 9/22/20

They just partook in given out Mask to us to Cover our Faces. After almost 3 Months of Federal and State Mandates to wear Daily. They were given out and we were tested on Sept. 14 2020 And chances are that were already exposed to the Covid-19 virus in sometime in the past 2+3 months. prior. And they have us Qurantined with the inmates that have tested positive for Covid-19, so who is to say that were ore Not infected now also! No Secondary test has been administered as of yet. That defeats the purpose of checking to see, who is positive for the virus! And I am inocent until proven guilty, and under these circumstances, I might as well be sentenced to a Death senence! so I really need to have this serious matter looked into as soon as possible. And I would like to have my constitutional Rights look at so that I could posibilty get a Chance to obtain fair rights until my Court Date! I some how have deep concern for my Life! so Please Help Me, Because I am a Pre-trial Detonee under extreme stress and Depression. Because of the Rising Number of Cases of Covid-19 Virus. And their is no way us Practice Social Distancing in here at all.

Truly Summited By:
Brooks C. Blodney

STATE OF MISSISSIPPI
BARBARA FREEMAN
NOTARY PUBLIC
ID NO. 11041
My Commission Expires
October 05, 2022
LEE COUNTY

Barbara Freeme-McStay

Brooks Corey Gladney
510 N. Commerce St.
Tupelo MS, 38804
Inmate #4920



INMATE MAIL
LEE COUNTY SHERIFF'S DEPARTMENT
TUPELO, MS

RECEIVED

OCT 0 7 2020

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

X-RAYED

The United States District Court
Northern District Miss. Office of the Clerk
David Crews 203 Gilmore Dr.
Amory MS, 38821