IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BROOKS COREY GLADNEY                                        PLAINTIFF

v.                                                               No. 1:20CV203-GHD-RP

LEE COUNTY                                                DEFENDANT

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the motion by the defendant for summary judgment is **GRANTED**, and judgment is **ENTERED** in favor of the defendant in all respects.

**SO ORDERED**, this, the 12th day of September, 2022.

_____
SENIOR UNITED STATES DISTRICT JUDGE